## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>               Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION,<br><br>               Defendant. | C.A. No. 12-770-RGA |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Parallel Iron, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby dismisses all claims in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

September 6, 2012

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Parallel Iron, LLC*

IT IS SO ORDERED, this _____ day of _____, 2012.

_____
United States District Judge